UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Sindi Mncina (237862017)

In Re:

**John T Dersch,**
    **Debtor,**
**Rosemarie Dersch,**
    **Joint Debtor.**

Case No.:    23-15370-RG

Chapter:    7

Hearing Date: September 12, 2023

Judge:    Rosemary Gambardella

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

HEARING DATE AND TIME:
September 12, 2023 at 10:00 a.m.

**ORAL ARGUMENT IS REQUESTED IN THE EVENT OPPOSITION IS TIMELY FILED**

TO:

| *Debtor-* | *Trustee-* | *U.S. Trustee-* |
|---|---|---|
| John T Dersch | Ilissa Churgin Hook | U.S. Trustee |
| 1 Black Walnut Ln | Hook & Fatovich, LLC | US Dept of Justice |
| West Milford, NJ 07480 | 1044 Route 23 North | Office of the US Trustee |
|  | Suite 102 | One Newark Center Ste 2100 |
| *Joint Debtor-* | Wayne, NJ 07470 | Newark, NJ 07102 |
| Rosemarie Dersch |  |  |
| 1 Black Walnut Ln |  |  |
| West Milford, NJ 07480 |  |  |

PLEASE TAKE NOTICE that on September 12, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, attorneys for PHH Mortgage Corporation as servicer for Bank of America, N.A., the within creditor ("Creditor"), shall move before the Honorable Rosemary Gambardella, United States Bankruptcy Judge, at 50 Walnut Street, 3rd Floor, Newark, NJ 07102, Courtroom 3E, for an Order pursuant to 11 U.S.C. §362(d)(1) granting such Creditor relief from automatic stay or, for costs and disbursements of this action, and for such other and further relief as to the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Certification in Support of Motion for Relief. A proposed form of Order is also being submitted. A Memorandum of Law has not been submitted because the issues raised by the Motion are not extraordinary or unusual necessitating the filing of legal briefs.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the **CLERK, UNITED STATES BANKRUPTCY COURT, MARTIN LUTHER KING, JR., FEDERAL BUILDING, 50 WALNUT STREET, NEWARK, NJ 07102**, and simultaneously served on Secured Creditor's counsel, **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC, 130 CLINTON ROAD, LOBBY B, SUITE 202, FAIRFIELD, NJ 07004,** so as to be received no later than seven (7) days before the return date set forth herein.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that counsel hereby requests oral argument in accordance with D.N.J. LBR 9013-1 (f) in the event opposition papers are timely filed.

DATED: August 2, 2023

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

By: /s/ Sindi Mncina
Sindi Mncina (237862017)
smncina@raslg.com