UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Sindi Mncina (237862017)

In Re:

**John T Dersch,**
    *Debtor,*
**Rosemarie Dersch,**
    *Joint Debtor.*

Case No.:    23-15370-RG

Chapter:    7

Hearing Date:

Judge:    Rosemary Gambardella

## CERTIFICATION REGARDING CALCULATION OF AMOUNT DUE
### (NOTE AND REVERSE MORTGAGE DATED NOVEMBER 16, 2009)

____Daniel Delpesche_____ of full age, as __contract management coordinator__ by __PHH Mortgage Corporation as servicer for Bank of America, N.A.__, hereby certifies the following:

Recorded on __December 1, 2009__, in __Bergen__ County, in Book __00301__ at Page __1781__

Property Address: __53 Grand St, Little Ferry, NJ 07643__
Mortgage Holder: __Bank of America, N.A.__

**1. PAYOFF STATEMENT**

Unpaid Principal Balance:    $ __160,133.49__

Accrued interest from _____ to _____ :    $ __129,867.50__
(Interest rate = _____ % per year; $ _____ per day x _____ days)

Unearned interest from _____ to _____ :    $ __0.00__

Per diem interest from _____ to _____ :    $ __0.00__

Late Charges from _____ to _____ ($ _____ /mo. x _____ mos.):    $ __0.00__

Attorney's fees and costs as of _____ :    $ __0.00__

1

Advances through <u>June 29, 2023</u> for:

| | |
|---|---|
| Real Estate Taxes: | $ <u>0.00</u> |
| Insurance premiums: | $ <u>0.00</u> |
| Other: | $ <u>**0.00**</u> |
| ***Sub-Total of Advances***: | $ <u>0.00</u> |
| Less Escrow Monies: | ($ <u>0.00</u>) |
| ***Net Advances:*** | $ <u>0.00</u> |

Interest on advances from _____ to _____ :    $ <u>0.00</u>

Other charges (specify):    $ <u>73,867.51</u>

    Corporate Advances: $56,962.80
    MIP: $10,544.10
    Servicing Fees: $4,890.00
    Intra Month Per Diem Total: $1,470.61

Less unearned interest:    ($<u>**0.00**</u>)

**TOTAL DUE AS OF <u>June 29, 2023</u>    :**    $ <u>363,868.50</u>

Date of last payment[1] : <u>N/A Reverse Mortgage</u>

## II. EQUITY ANALYSIS (When appropriate)

Estimated fair market value of real estate as of <u>March 11, 2023</u> :    $ <u>365,000.00</u>    *

*Source: <u>Appraisal</u> (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)

Liens on the real estate:

1. Real estate taxes as of <u>June 29, 2023</u> :    $ <u>0.00</u>
    (Insurance Premiums included above)
2. First Mortgage (principal and interest), as of <u>June 29, 2023</u>  :    $ <u>290,000.99</u>
3. Second Mortgage (principal and interest), as of <u>June 29, 2023</u>:    $ <u>0.00</u>
4. Other (specify below):    $ <u>73,867.51</u>

Corporate Advances: $56,962.80
MIP: $10,544.10
Servicing Fees: $4,890.00
Intra Month Per Diem Total: $1,470.61

---

[1] Based on my review of the Servicing Records, the Debtor(s)' account is due for the N/A payment.

2

**TOTAL LIENS :** $ 363,868.50

**APPARENT EQUITY AS OF June 29, 20223** : $ 1,131.50 **

** If negative, insert zero (0).

I certify under penalty of perjury that the above is true.

Date: 7/31/2023

Signature
Daniel Delpesche
contract management coordinator

*rev.8/1/15*

3