Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−15370−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John T Dersch                                Rosemarie Dersch
1 Black Walnut Ln                            1 Black Walnut Ln
West Milford, NJ 07480                       West Milford, NJ 07480

Social Security No.:
   xxx−xx−8141                                  xxx−xx−7029

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 10, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 10, 2023
JAN: car

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-15370-RG
John T Dersch  Chapter 7
Rosemarie Dersch
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Aug 10, 2023  Form ID: 148  Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John T Dersch, Rosemarie Dersch, 1 Black Walnut Ln, West Milford, NJ 07480-1249 |
| poa | + | Michael De Leon, 53 Grand Street, Little Ferry, NJ 07643-1506 |
| intp | + | Rosemarie Dersch, 48 East Shore Dr, Vernon, NJ 07462-3437 |
| 519969334 | + | Marcy's/CBNA, PO Box 9001108, Louisville, KY 40290-1108 |
| 519952648 | + | RMS, 5010 Linbar Drive, Suite 100, Nashville, TN 37211-5064 |
| 519969330 | + | Reverse Mortgage Solutions, 14405 Walters Rd, Houston, TX 77014-1337 |
| 519969335 | + | Synb/WIMRTD, PO Box 669803, Dallas, TX 75266-0952 |
| 519969331 | + | Target, PO Box 9491, Minneapolis, MN 55440-9491 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 10 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 10 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 10 2023 20:38:00 | Bank of America, N.A, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519957075 | + | Email/Text: RASEBN@raslg.com | Aug 10 2023 20:38:00 | Bank of America, N.A, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519969332 | + | EDI: CRFRSTNA.COM | Aug 11 2023 00:25:00 | Credit First, 6275 Eastland Rd, Cleveland, OH 44142-1399 |
| 519969333 | + | EDI: RMSC.COM | Aug 11 2023 00:25:00 | Syncb/TJX, 140 Wekiva Spring Rd, Longwood, FL 32779-3604 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 10, 2023 | Form ID: 148 | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:**

**Name**              **Email Address**

Ilissa Churgin Hook
trustee@hookandfatovich.com  J116@ecfcbis.com

Sindi Mncina
on behalf of Creditor Bank of America  N.A smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3